# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00754-CV

**Kristine Scheiner, Appellant**

**v.**

**Matthew S. Crider, Appellee**

### FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. 265198, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Kristine Scheiner and appellee Matthew S. Crider have settled this case and have jointly moved this court to vacate the default judgment in cause number 265198 and to dismiss that cause. Accordingly, we grant the motion, vacate the judgment, and dismiss cause 265198. *See* Tex. R. App. P. 43.2(e) (appellate court's judgment may vacate the trial court's judgment and dismiss the case).

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Judgment Vacated and Cause Dismissed on Joint Motion

Filed:   March 25, 2004